UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL BERRY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-889-JWD-RLB** |
| **WELLS FARGO BANK, N.A., ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 26, 2023 (Doc. 86), to which an objection was filed and considered (Doc. 87),

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 86) is adopted in part. More specifically, the recommendation that Plaintiffs' Motion to Remand (Doc. 32) be **GRANTED**, and the action be **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana is adopted. Because this matter will be remanded, the Court need not address the remaining recommendations by the Magistrate Judge.

Signed in Baton Rouge, Louisiana, on <u>August 14, 2023</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**